IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

FILED
2010 JUN 22 PM 2 50
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TASHA MARIE LAMERE,<br><br>Defendant. | No. CR-05-38-GF-SEH<br><br>ORDER |

## INTRODUCTION

In October of 2006, Tasha Marie Lamere (Lamere) petitioned this Court for relief under 28 U.S.C. § 2255. See CV-06-93-GF-SEH. Her petition was denied. Lamere appealed to the Ninth Circuit Court of Appeals. The Ninth Circuit reversed and remanded the case for an evidentiary hearing on two issues: 1) whether Lamere directed her trial counsel to file a notice of appeal regarding her sentencing, and 2) whether trial counsel gave deficient advice to Lamere about potential consequences of her guilty plea, resulting in prejudice to her.[1]

---

[1] Document No. 204.

-1-

The case was referred to United States Magistrate Keith Strong to hold an evidentiary hearing pursuant to the Ninth Circuit Memorandum and Mandate.[2] On January 29, 2010, an evidentiary hearing was held by Judge Strong at the Missouri River Federal Courthouse, Great Falls, Montana.

Judge Strong entered his Amended Findings of Fact, Conclusions of Law, and Recommendations[3] on April 6, 2010. Defendant filed Objections[4] on April 23, 2010. The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendant's § 2255 Motion[5] is DENIED.

DATED this 22nd day of June, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document Nos. 204, 205.

[3] Document No. 225.

[4] Document No. 226.

[5] Document No. 177.